## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Martin D. Borst aka Martin Borst**
**Debtor(s)**

**BK NO. 25-00376 MJC**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of BM-SC Series I Trust and index same on the master mailing list.

      Respectfully submitted,

/s/ *Brent J. Lemon*

Brent Lemon
12 Feb 2025, 17:23:19, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: efdabb62cb9e589c4f2224d8c8e8fdf14436fd89faca172d0203182b55b92fcb