IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 5:25-bk-00376 |
| MARTIN BORST | : | Chapter 13 |
| | : | |
| | : | Related to Document No. 1 |
| *Debtor* | : | |

## AMENDED MOTION TO IMPOSE AUTOMATIC STAY

Debtor, by and through undersigned counsel, pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 105, hereby files this *Amended Motion to Impose Automatic Stay*. In support thereof, Debtor states as follows:

1. Debtor filed this Chapter 13 bankruptcy petition on February 10, 2025.

2. On February 10, 2025, Debtor filed Bankruptcy Case No. ("Prior Case"), in the United States Bankruptcy Court, Middle District of Pennsylvania, Harrisburg Division, under Chapter 13. The Prior Case was subsequently dismissed on December 19, 2024.

3. The Debtor had a prior bankruptcy case in the preceding one-year period. Bankruptcy case number 5:24-bk-01589-MJC.

4. The Debtor's case was dismissed for failure to file the Certificate of No Pay Advices which was not filed due to clerical error.

5. With respect to first-time repeat filers, there is no specific grant of authority to reimpose the stay once it has lapsed under § 362(c)(3)(A).

6. Although here may be a presumption that this case was filed in bad faith, the Debtor has filed this Motion in good faith in an attempt to keep his home because all requirements were met with this filing prior to the Motion being filed.

Case 5:25-bk-00376-MJC    Doc 14    Filed 02/13/25    Entered 02/13/25 12:04:26    Desc
Main Document    Page 1 of 4

9. That there were good and reasonable explanations for the dismissal of the last prior case.

10. Debtor's prior case was dismissed due to clerical error and failure to file the Certificate of No Pay Advices.

11. Debtor has filed all required Certificates of Credit Counseling, Schedules, Statements and Chapter 13 Plan in this case.

12. Due to the foreclosure sale scheduled for February 26, 2025, if the stay is not continued, the Debtor will suffer irreparable harm.

**WHEREFORE**, the Debtor requests this Honorable Court to schedule a hearing on the Motion to Impose the Automatic Stay and/or enter an Order Imposing the Automatic stay and for any other relief deems just and proper.

## DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: February 13, 2025

GINSBURG LAW GROUP, P.C.

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before February 13, 2025, a true and correct copy of the foregoing was furnished via electronic or first-class mail to the parties listed on the attached mailing matrix.

GINSBURG LAW GROUP, P.C.

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com

| Label Matrix for local noticing<br>0314-5<br>Case 5:25-bk-00376-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Tue Feb 11 09:42:59 EST 2025 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | American Credit Acceptance<br>961 E Main St<br>Spartanburg, SC 29302-2149 |
|---|---|---|
| Comenity Bank/Dental First Financing<br>PO Box 182120<br>Columbus, OH 43218-2120 | Consumer Portfolio Services<br>16355 Lagoona Canyon Rd<br>Irvine, CA 92618-3801 | Corporate America Credit Union<br>970 Oaklawn Ave #3<br>Elmhurst, IL 60126-1059 |
| DirectTV, LLC<br>PO Box 5072<br>Carol Stream, IL 60197-5072 | DirectTV, LLC<br>c/o American InfoSource<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118-7901 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 |
| Milstead & Associates, LLC<br>1 E. Stow Road<br>Marlton, NJ 08053-3118 | Synchony Bank/Lowes<br>PO Box 981400<br>El Paso, TX 79998-1400 | The Bank of Missouri<br>916 North Kings Highway<br>Perryville, MO 63775-1204 |
| United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | Wilmington Savings Fund Society, FSB<br>c/o Select Portfolio Servicing, Inc.<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119-3284 | Amy Lynn Bennecoff Ginsburg<br>Ginsburg Law Group, P.C.<br>653 W. Skippack Pike<br>Suite 300-71<br>Blue Bell, PA 19422-1738 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Martin D. Borst<br>52 Robin Circle<br>Wysox, PA 18854-7966 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Lendmark<br>P.O. Box 80845<br>Conyers, GA 30013 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                   16 |
|---|---|---|