UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RE: MARTIN BORST,   CASE NO. 5:25-bk-00376
   CHAPTER 13

Debtor.[1]
_____/

## ORDER GRANTING AMENDED MOTION TO IMPOSE THE AUTOMATIC STAY

This cause is before the Court upon the Debtor's Amended Motion to Impose Automatic Stay [Doc. 14]. The Court having considered the motion, no objection(s) or response(s) have been filed within the proscribed time period, having determined that good cause has been shown and being otherwise fully advised in the premises. Thereupon, it is

**ORDERED**:

1. The Motion to Impose Automatic Stay is **GRANTED.**

2. The automatic stay is **EXTENDED** as per the provisions of 11 U.S.C. §362 and **shall continue** to be in full force and effect as to all the creditors listed in the bankruptcy schedules.

3. The Court retains jurisdiction to enforce the terms of this Order.

**DONE AND ORDERED** on _____.

_____
MARK J. CONWAY
U.S. Bankruptcy Judge

Order prepared by: Amy Lynn Bennecoff Ginsburg, Esq.

*Attorney Amy Lynn Bennecoff Ginsburg is directed to service a copy of this order on interested parties and file a certificate of service within three (3) business days of entry of the order.*

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.