United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-00376-MJC |
| Martin D. Borst | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Feb 13, 2025 | Form ID: asextnd | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin D. Borst, 52 Robin Circle, Wysox, PA 18854-7966 |
| 5688700 | + | Corporate America Credit Union, 970 Oaklawn Ave #3, Elmhurst, IL 60126-1059 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5688697 | + | Email/Text: bankruptcy@acacceptance.com | Feb 13 2025 18:53:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5688698 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2025 18:53:00 | Comenity Bank/Dental First Financing, PO Box 182120, Columbus, OH 43218-2120 |
| 5688699 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 13 2025 18:53:00 | Consumer Portfolio Services, 16355 Lagoona Canyon Rd, Irvine, CA 92618-3801 |
| 5688701 | | Email/Text: G06041@att.com | Feb 13 2025 18:53:00 | DirectTV, LLC, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5688702 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 13 2025 19:03:19 | DirectTV, LLC, c/o American InfoSource, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 5688703 | | Email/Text: bk@lendmarkfinancial.com | Feb 13 2025 18:53:00 | Lendmark, P.O. Box 80845, Conyers, GA 30013 |
| 5688705 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2025 18:51:09 | Synchony Bank/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 5688706 | + | Email/Text: jcissell@bankofmissouri.com | Feb 13 2025 18:53:00 | The Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 5688707 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2025 18:54:00 | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5688975 | *+ | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5688976 | *+ | Comenity Bank/Dental First Financing, PO Box 182120, Columbus, OH 43218-2120 |
| 5688977 | *+ | Consumer Portfolio Services, 16355 Lagoona Canyon Rd, Irvine, CA 92618-3801 |
| 5688978 | *+ | Corporate America Credit Union, 970 Oaklawn Ave #3, Elmhurst, IL 60126-1059 |
| 5688979 | * | DirectTV, LLC, PO Box 5072, Carol Stream, IL 60197-5072 |

| | | |
| --- | --- | --- |
| 5688980 | *+ | DirectTV, LLC, c/o American InfoSource, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 5688981 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark, P.O. Box 80845, Conyers, GA 30013 |
| 5688982 | *+ | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 5688983 | *+ | Synchony Bank/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 5688984 | *+ | The Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 5688985 | *+ | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5688704 | ##+ | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Amy Lynn Bennecoff Ginsburg | on behalf of Debtor 1 Martin D. Borst efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| Brent J Lemon | on behalf of Creditor BM-SC Series I Trust blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Martin D. Borst,     Chapter     13
aka Martin Borst,

**Debtor 1**     Case No.     5:25−bk−00376−MJC

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on February 10, 2025.

The debtor(s) filed a Motion to Impose the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: 3/13/25 Time: 10:00 AM |
|---|---|

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **February 27, 2025**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 13, 2025 |

asextnd **(Notice of Hearing to Extend/Impose Stay) (05/18)**

Case 5:25-bk-00376-MJC    Doc 19    Filed 02/15/25    Entered 02/16/25 00:19:05    Desc
Imaged Certificate of Notice    Page 3 of 3