United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Martin D. Borst  
    Debtor

Case No. 25-00376-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 14, 2025     Form ID: pdf010     Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin D. Borst, 52 Robin Circle, Wysox, PA 18854-7966 |
| 5688700 | + | Corporate America Credit Union, 970 Oaklawn Ave #3, Elmhurst, IL 60126-1059 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5688697 | + | Email/Text: bankruptcy@acacceptance.com | Mar 14 2025 18:41:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5688698 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 14 2025 18:41:00 | Comenity Bank/Dental First Financing, PO Box 182120, Columbus, OH 43218-2120 |
| 5688699 | + | Email/Text: bankruptcy@consumerportfolio.com | Mar 14 2025 18:41:00 | Consumer Portfolio Services, 16355 Lagoona Canyon Rd, Irvine, CA 92618-3801 |
| 5688701 | | Email/Text: G06041@att.com | Mar 14 2025 18:41:00 | DirectTV, LLC, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5688702 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 14 2025 18:50:50 | DirectTV, LLC, c/o American InfoSource, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 5688703 | | Email/Text: bk@lendmarkfinancial.com | Mar 14 2025 18:41:00 | Lendmark, P.O. Box 80845, Conyers, GA 30013 |
| 5688705 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2025 18:39:52 | Synchony Bank/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 5688706 | + | Email/Text: jcissell@bankofmissouri.com | Mar 14 2025 18:41:00 | The Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 5688707 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 14 2025 18:41:00 | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5688975 | *+ | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5688976 | *+ | Comenity Bank/Dental First Financing, PO Box 182120, Columbus, OH 43218-2120 |
| 5688977 | *+ | Consumer Portfolio Services, 16355 Lagoona Canyon Rd, Irvine, CA 92618-3801 |
| 5688978 | *+ | Corporate America Credit Union, 970 Oaklawn Ave #3, Elmhurst, IL 60126-1059 |
| 5688979 | * | DirectTV, LLC, PO Box 5072, Carol Stream, IL 60197-5072 |

| | | |
|---|---|---|
| 5688980 | *+ | DirectTV, LLC, c/o American InfoSource, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 5688981 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark, P.O. Box 80845, Conyers, GA 30013 |
| 5688982 | *+ | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 5688983 | *+ | Synchony Bank/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 5688984 | *+ | The Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 5688985 | *+ | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5688704 | ##+ | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2025　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy Lynn Bennecoff Ginsburg | on behalf of Debtor 1 Martin D. Borst efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| Brent J Lemon | on behalf of Creditor BM-SC Series I Trust blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RE: MARTIN D. BORST,　　　　　　　　　CASE NO. 5:25-bk-00376-MJC
　　　　　　　　　　　　　　　　　　　　CHAPTER 13

Debtor.
_____/

## ORDER DENYING AMENDED MOTION TO IMPOSE THE AUTOMATIC STAY

Upon consideration of Debtor's Amended Motion to Impose Stay, Dkt. # 14 ("Motion"), after a hearing held on March 13, 2025, Debtor's failure to demonstrate good faith to impose the automatic stay under 11 U.S.C. §362(c)(4)(B) and for the reasons stated on the record, it is hereby

**ORDERED** that the Motion is **DENIED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 13, 2025