IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTIN D. BORST  CASE NO: 5:25-bk-00376-MJC

## NOTICE OF CORRECT ADDRESS

Comes now the debtor by and through the undersigned attorney and states that this Notice of Correct Address is being filed to correct the address of the creditor Chicago Public Schools as follows:

OLD ADDRESS:  Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

NEW ADDRESS:  Milstead & Associates, LLC
618 Willowbrook Lane
West Chester, PA 19382

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via electronic or regular mail to the party or parties listed below on this 1st day of May, 2025.

Milstead & Associates, LLC
618 Willowbrook Lane
West Chester, PA 19382

Jack N. Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Martin D. Borst
52 Robin Circle
Wysox, PA 18854

GINSBURG LAW GROUP, P.C.
/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com