# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: MARTIN D. BORST**  CASE NO: 1:24-bk-02783-MJC

### NOTICE OF CORRECT ADDRESS

Comes now the debtor by and through the undersigned attorney and states that this Notice of Correct Address is being filed to correct the address of the creditor Lendmark as follows:

OLD ADDRESS:    Lendmark
16355 Lagoona Canyon Road
Irvine, CA 92618

NEW ADDRESS:    Lendmark
1735 N Brown Rd
Lawrenceville, GA 30043

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via electronic or regular mail to the party or parties listed below on this 5th day of May 2025.

Lendmark
1735 N Brown Rd
Lawrenceville, GA 30043

Jack N. Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Martin D. Borst
52 Robin Circle
Wysox, PA 18854

GINSBURG LAW GROUP, P.C.
/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com