IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTIN D. BORST                             CASE NO: 5:25-bk-00376-MJC

## NOTICE OF CORRECT ADDRESS

    Comes now the debtor by and through the undersigned attorney and states that this Notice of Correct Address is being filed to correct the address of the creditor Synchrony Bank/Lowes as follows:

OLD ADDRESS:    Synchrony Bank/Lowes
                           PO Box 530914
                           Atlanta, GA 30353

NEW ADDRESS:    Synchrony Bank/Lowes
                           P.O. Box 71711
                           Philadelphia, PA 19176-1711

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was furnished via electronic or regular mail to the party or parties listed below on this 15th day of May, 2025.

Synchrony Bank/Lowes
P.O. Box 71711
Philadelphia, PA 19176-1711

Jack N. Zaharopoulos
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Martin D. Borst
52 Robin Circle
Wysox, PA 18854

                                            GINSBURG LAW GROUP, P.C.
                                            /s/Amy Lynn Bennecoff Ginsburg
                                            Amy Lynn Bennecoff Ginsburg
                                            Ginsburg Law Group, P.C.
                                            653 W. Skippack Pike, Suite 300−71
                                            Blue Bell, PA 19422
                                            T: (855) 978-6564
                                            F: (855) 777-0043
                                            E: efilings@ginsburglawgroup.com