# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARTIN D. BORST                    CASE NO: 5:25-bk-00376-MJC

### NOTICE OF CORRECT ADDRESS

Comes now the debtor by and through the undersigned attorney and states that this Notice of Correct Address is being filed to correct the address of the creditor Chicago Public Schools as follows:

OLD ADDRESS:     Milstead & Associates, LLC
                 618 Willowbrook Lane
                 West Chester, PA 19382


NEW ADDRESS:     Milstead & Associates, LLC
                 220 Lake Drive East, Suite 301
                 Cherry Hill, NJ 08002

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished via electronic or regular mail to the party or parties listed below on this 23rd day of May, 2025.

Milstead & Associates, LLC               Jack N. Zaharopoulos
220 Lake Drive East, Suite 301           Chapter 13 Trustee
Cherry Hill, NJ 08002                    8125 Adams Drive, Suite A
                                         Hummelstown, PA 17036


Martin D. Borst
52 Robin Circle
Wysox, PA 18854


                                         GINSBURG LAW GROUP, P.C.
                                         /s/Amy Lynn Bennecoff Ginsburg
                                         Amy Lynn Bennecoff Ginsburg
                                         Ginsburg Law Group, P.C.
                                         653 W. Skippack Pike, Suite 300−71
                                         Blue Bell, PA 19422
                                         T: (855) 978-6564
                                         F: (855) 777-0043
                                         E: efilings@ginsburglawgroup.com