**MARTIN DEAN BORST**                          **Case No. 25-00376-MJC**
**Debtor.**                                                   **Chapter 13**
_____/

### DEBTOR'S NOTICE TO COVERT CASE
### TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 706(a)

The Debtor, Martin D. Borst., pursuant to 11 U.S.C. § 706(a), hereby elects to convert the

above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. The Debtor

is entitled to convert their case because:

1.      This case, filed on February 10, 2025 has not been previously converted

under sections 1112 or 1307 of the Bankruptcy Code.

2.      The Debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

**WHEREFORE**, the Debtor prays for relief under Chapter 7 of the Bankruptcy Code.

GINSBURG LAW GROUP, P.C.
/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq.
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before June 4, 2025, a true and correct copy of the
foregoing was furnished via electronic or regular mail to the parties listed on the attached
mailing matrix.

GINSBURG LAW GROUP, P.C.
/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq.
653 W. Skippack Pike, Suite 300-71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

|                |   |   |                           |
|----------------|---|---|---------------------------|
|                | : |   | Bankruptcy No. 5:25-bk-00376 |
| In Re:         | : |   |                           |
| MARTIN BORST   | : | : | Chapter 13                |
|                |   | : |                           |
|                |   | : |                           |
| *Debtor*       |   | : |                           |
|                |   | : |                           |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before June 4, 2025, a true and correct copy of the Notice to Convert to Chapter 7 was furnished via electronic or first-class mail to the parties listed on the attached mailing matrix.

GINSBURG LAW GROUP, P.C.

/s/Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike, Suite 300−71
Blue Bell, PA 19422
T: (855) 978-6564
F: (855) 777-0043
E: efilings@ginsburglawgroup.com

Label Matrix for local noticing
0314-5
Case 5:25-bk-00376-MJC
Middle District of Pennsylvania
Wilkes-Barre
Tue Apr 22 18:13:03 EDT 2025

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

American Credit Acceptance
961 E Main St
Spartanburg, SC 29302-2149

Comenity Bank/Dental First Financing
PO Box 182120
Columbus, OH 43218-2120

Consumer Portfolio Services
16355 Laguona Canyon Rd
Irvine, CA 92618-3801

Corporate America Credit Union
970 Oaklawn Ave #3
Elmhurst, IL 60126-1059

DirectTV, LLC
PO Box 5072
Carol Stream, IL 60197-5072

DirectTV, LLC
c/o American InfoSource
4515 N Santa Fe Avenue
Oklahoma City, OK 73118-7901

Directv, LLC
by AIS InfoSource LP as agent
PO Box 5072
Carol Stream, IL  60197-5072

(p)LENDMARK FINANCIAL SERVICES
2118 USHER ST
COVINGTON GA 30014-2434

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053-3118

Synchony Bank/Lowes
PO Box 981400
El Paso, TX 79998-1400

The Bank of Missouri
916 North Kings Highway
Perryville, MO 63775-1204

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Wilmington Savings Fund Society, FSB
c/o Select Portfolio Servicing, Inc.
3217 S. Decker Lake Drive
Salt Lake City, UT 84119-3284

Amy Lynn Bennecoff Ginsburg
Ginsburg Law Group, P.C.
653 W. Skippack Pike
Suite 300-71
Blue Bell, PA 19422-1738

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Martin D. Borst
52 Robin Circle
Wysox, PA 18854-7966

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Lendmark
P.O. Box 80845
Conyers, GA 30013

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BM-SC Series I Trust

End of Label Matrix
Mailable recipients    18
Bypassed recipients     1
Total                  19