# LOCAL BANKRUPTCY FORM 3015-3(b)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
:    CHAPTER ____
:
:    CASE NO. __-___-bk-_____
:
:
**Debtor(s)**    :

## CERTIFICATION REGARDING
## DOMESTIC SUPPORT OBLIGATION(S)

      If there are domestic support obligation claims in a case, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires the trustee to provide written notice to the holder of the claim and to the applicable state child support enforcement agency. In order for the trustee to comply with the Act, the Debtor/Obligor must complete the following information and verify the information is true and correct by signing at the bottom of this form.

1. Name of Domestic Support Obligee

   Claim Holder _____
                                  Last Name               First              Middle Initial

2. Address of Domestic Support Obligee

   Claim Holder _____
                                  Street                             City
                     _____
                                  County                   State                Zip

3. Telephone Number of Domestic Support Obligee

   Claim Holder _____
                           (Area Code) Phone Number

4. If you are paying a Domestic Support Obligation pursuant to a Court Order, provide the following:

   _____
      Name of Court
   _____
      Address of Court
   _____
      Docket Number                                                   PACSES Number

The undersigned hereby certifies that the foregoing statements are true and correct under penalty of perjury.

DATED: _____            BY: _____
                                                                               Debtor