United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Martin D. Borst  
    Debtor

Case No. 25-00376-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Sep 17, 2025     Form ID: 318     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin D. Borst, 52 Robin Circle, Wysox, PA 18854-7966 |
| 5718235 | + | Bradford County Tax Collection, 301 Main Street, Towanda, PA 18848-1824 |
| 5688700 | + | Corporate America Credit Union, 970 Oaklawn Ave #3, Elmhurst, IL 60126-1059 |
| 5688704 | + | Milstead & Associates, LLC, 220 Lake Drive East, Suite 301, Cherry Hill, NJ 08002-1165 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 17 2025 18:36:33 | SN Servicing Corporation as servicer for U.S. Bank, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 5688697 | + | Email/Text: bankruptcy@acacceptance.com | Sep 17 2025 18:37:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5688698 | + | EDI: WFNNB.COM | Sep 17 2025 22:39:00 | Comenity Bank/Dental First Financing, PO Box 182120, Columbus, OH 43218-2120 |
| 5688699 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 17 2025 18:37:00 | Consumer Portfolio Services, 16355 Lagoona Canyon Rd, Irvine, CA 92618-3801 |
| 5688701 | | EDI: DIRECTV.COM | Sep 17 2025 22:39:00 | DirectTV, LLC, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5688702 | + | EDI: AIS.COM | Sep 17 2025 22:39:00 | DirectTV, LLC, c/o American InfoSource, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 5704026 | | EDI: DIRECTV.COM | Sep 17 2025 22:39:00 | Directv, LLC, by AIS InfoSource LP as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5688703 | | Email/Text: bk@lendmarkfinancial.com | Sep 17 2025 18:37:00 | Lendmark, P.O. Box 80845, Conyers, GA 30013 |
| 5703585 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2025 18:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5711240 | ^ | MEBN | Sep 17 2025 18:36:32 | SN Servicing Corporation, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5688705 | + | EDI: SYNC | Sep 17 2025 22:39:00 | Synchony Bank/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 5688706 | + | Email/Text: jcissell@bankofmissouri.com | Sep 17 2025 18:37:00 | The Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 5688707 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 17 2025 18:37:00 | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5688975 | *+ | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 5688976 | *+ | Comenity Bank/Dental First Financing, PO Box 182120, Columbus, OH 43218-2120 |
| 5688977 | *+ | Consumer Portfolio Services, 16355 Lagoona Canyon Rd, Irvine, CA 92618-3801 |
| 5688978 | *+ | Corporate America Credit Union, 970 Oaklawn Ave #3, Elmhurst, IL 60126-1059 |
| 5688979 | * | DirectTV, LLC, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5688980 | *+ | DirectTV, LLC, c/o American InfoSource, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 5688981 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark, P.O. Box 80845, Conyers, GA 30013 |
| 5688982 | *+ | Milstead & Associates, LLC, 220 Lake Drive East, Suite 301, Cherry Hill, NJ 08002-1165 |
| 5688983 | *+ | Synchony Bank/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 5688984 | *+ | The Bank of Missouri, 916 North Kings Highway, Perryville, MO 63775-1204 |
| 5688985 | *+ | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Amy Lynn Bennecoff Ginsburg | on behalf of Debtor 1 Martin D. Borst efilings@ginsburglawgroup.com  ginsburglaw@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor BM-SC Series I Trust bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of LB-Igloo Series VI Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | |
|---|---|---|
| Debtor 1 | **Martin D. Borst** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6632 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–00376–MJC | |

# Order of Discharge                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Martin D. Borst
  aka Martin Borst

9/17/25

**By the court:**

_Mark J. Conway, United States Bankruptcy Judge_

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**